UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES RANDALL

v.  CA 10-52 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on Petitioner's objection to a Report and Recommendation issued by Magistrate Judge Almond on February 18, 2010. The Court notes that in addition to his objection, Petitioner has filed what the Court takes to be a motion to transfer to this court his direct appeal now pending before the Rhode Island Supreme Court (docket #5).

Having reviewed the Report and Recommendation and Petitioner's objection *de novo*, this Court agrees with Magistrate Judge Almond's conclusion that the Petition for Relief pursuant to 28 U.S. C. § 2254 must be, and it is hereby, DISMISSED. Likewise, this Court denies Petitioner's motion to transfer.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 17, 2010